PEOPLE v. KOHLER.

CRIMINAL LAW—APPEAL AND ERROR—MUNICIPAL CORPORATIONS
—VIOLATION OF ORDINANCES.
   A conviction upon a charge of violating a village ordinance is
   not reviewable on exceptions before sentence.

Exceptions before sentence from Monroe; McKay, J.
Submitted December 14, 1911. (Docket No. 195.) De-
cided December 29, 1911.

Fred Kohler was convicted of violating a village ordi-
nance. Exceptions dismissed.

*John O. Zabel* and *Willis Baldwin*, for the people.

*Smith, Baldwin & Alexander*, for defendant.

OSTRANDER, C. J. Respondent was convicted of vio-
lating a village ordinance. He seeks to review the record
of his conviction upon exceptions before sentence, brought
to this court by writ of error.

The cause must be dismissed, upon the authority of
*People* v. *Smith*, 146 Mich. 193 (109 N. W. 411), and
cases cited in opinion, *City of Muskegon* v. *Hanes*, 146
Mich. 385 (109 N. W. 674), and *Village of Lake
Odessa* v. *Randall*, 158 Mich. 205 (122 N. W. 517).
The court below is advised to proceed to judgment.

STEERE, BROOKE, BLAIR, and STONE, JJ., concurred.